No. 83–691.  ALUEVICH *v.* HARRAH'S ET AL.  Sup. Ct. Nev. Certiorari denied.

No. 83–719.  DURO *v.* DISTRICT ATTORNEY, SECOND JUDICIAL DISTRICT OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 83–730.  WATER TRANSPORT ASSN. *v.* INTERSTATE COMMERCE COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 83–736.  CLIFFORD ET AL. *v.* GRUTKA.  Ct. App. Ind. Certiorari denied.

No. 83–758.  GARCIA ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 83–781.  TILTON ET AL. *v.* JEFFERSON COUNTY BOARD OF EDUCATION ET AL.; and

No. 83–893.  JEFFERSON COUNTY BOARD OF EDUCATION ET AL. *v.* TILTON ET AL.  C. A. 6th Cir.  Certiorari denied.  Reported below: 705 F. 2d 800.

No. 83–840.  GEORGIA-PACIFIC CORP. *v.* BOYKIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 83–846.  CONNECTICUT *v.* THOMPSON ET AL.  Sup. Ct. Conn.  Certiorari denied.

No. 83–862.  AMMONS *v.* BALDWIN.  C. A. 5th Cir.  Certiorari denied.

No. 83–868.  PALMER *v.* CITY OF SEATTLE.  Ct. App. Wash. Certiorari denied.

No. 83–869.  TEAT *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 83–873.  SORRELS *v.* J. RAY MCDERMOTT, INC.  C. A. 5th Cir.  Certiorari denied.

No. 83–878.  HADLEY *v.* COUNTY OF DU PAGE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 83–882.  MISKOVSKY *v.* TULSA TRIBUNE CO. ET AL.  Sup. Ct. Okla.  Certiorari denied.